UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES A. ARMSTRONG,
    Plaintiff,

vs.                                                Case No.:  3:19cv4832/MCR/EMT

MICHAEL GRIFFIN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1331 (ECF No. 1).  On March 12, 2020, the court entered an order directing Plaintiff to file an amended complaint within thirty days (ECF No. 16).  The court advised that failure to comply with the order could result in a recommendation that the case be dismissed (*see id.* at 2).  On March 31, 2020, Plaintiff filed a motion for an extension of time, asking for an additional thirty days in which to comply with the court's order (ECF No. 17).  The undersigned entered an order granting the motion, allowing Plaintiff until May 13 to file an amended complaint (ECF No. 18). On May 4, Plaintiff filed another motion for an extension of time, this time asking for an additional sixty days to file an amended complaint (ECF No. 20).  The undersigned entered an order allowing Plaintiff an additional forty-five days, or until June 26, 2020, to file an amended complaint (ECF No. 21).  Plaintiff did not file an

amended complaint by the deadline; therefore, on July 7, 2020, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to comply with an order of the court (ECF No. 22).  The deadline for compliance with the show cause order has passed and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 13th day of August 2020.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:19cv4832/MCR/EMT